IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-30734
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

November 20, 2018

Lyle W. Cayce
Clerk

ANGEL RANDOLPH,

       Plaintiff - Appellant

v.

OSC-MANAGEMENT, INCORPORATED, doing business as Jefferson South Apartments,

       Defendant - Appellee

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:16-CV-825

_____

Before JOLLY, COSTA, and HO, Circuit Judges.

PER CURIAM:[*]

       AFFIRMED.  *See* Fifth Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.